1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

9

10    JUAN CARLOS GALARZA,                      Case No. 2:23-cv-05766-JLS-SSC

11                           Petitioner,

12                  v.                          **JUDGMENT**

13    A.L. MARTINEZ, Warden, et al.,

14                           Respondents.

15

16

17        Pursuant to the Order Accepting Findings, Conclusions, and

18    Recommendations of United States Magistrate Judge, IT IS

19    ADJUDGED that the petition is dismissed without prejudice.

20

21    DATED:  September 12, 2024

22    _____

23        HONORABLE JOSEPHINE L. STATON
          UNITED STATES DISTRICT JUDGE

24
25
26
27
28